IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                          Criminal Action No.
                                                            18-00293-18-CR-W-DGK

LOGAN TANNER LAWS,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One -   Conspiracy to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§841(a)(1), (b)(1)(A) and 846

                                      Count Two -   Conspiracy to Commit Money Laundering, *in violation of* §§ 1956(a)(1)(A)(i), (B)(i)(ii) and (h)

                                      Count Four -   Possession of Firearms in Furtherance of Drug Trafficking Crimes, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                                      Count Six -   Drug User in Possession of Firearms and Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Bruce Rhoades, AUSA Robert Smith will assist
            Case Agent:    No case agents will be seated at counsel table.
        Defense:    Dione Greene

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:    11 witnesses
        Defense:         3 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:    25 exhibits
    Defense:    10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial        (   ) Possibly for trial
    (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:    **3 days**
    Government's case including jury selection:    2 days
    Defense case:    1 day

**STIPULATIONS**:
    ( x )    not likely
    (   )    not appropriate
    (   )    likely as to:
        (   )    chain of custody
        (   )    chemist's reports
        (   )    prior felony conviction
        (   )    interstate nexus of firearm
        (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: October 18, 2022
    Defense: October 18, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    October 18, 2022
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: October 18, 2022


**TRIAL SETTING**: Criminal jury trial docket commencing October 31, 2022
    **Please note**: *The parties do not have any conflicts with either week of the docket.*

**OTHER**:    The Government may request that a witness be permitted to testify via Zoom due to health reasons.    Defendant does not object.

**IT IS SO ORDERED.**

                                                  */s/ Jill A. Morris*
                                                  JILL A. MORRIS
                                                  United States Magistrate Judge