IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD L. GINNINGS, *et al.*,<br><br>Defendants. | Case No.: 18-00293-CR-W-DGK |

## FINAL ORDER OF FORFEITURE

Now before the Court is the Government's Motion for a Final Order of Forfeiture as to all Defendants in this matter. ECF No. 1146. This Court has entered Preliminary Orders of Forfeiture[1] forfeiting the following property to the United States:

a. Beretta 92S 9 mm semi-automatic handgun, serial number U22039Z;

b. Smith and Wesson 40 caliber semi-automatic handgun serial number DTL2346;

c. Glock model 22 semi-automatic handgun serial number NBW256;

d. VMAC MAC 11 .45 caliber handgun, serial number P14280;

e. WISE .223 AR pistol serial number 11969;

f. M92PV AK47 pistol serial number M92PV065595;

---

[1] *See* Preliminary Orders of Forfeiture, ECF Nos. 1020 (Gerald L Ginnings), 1105 (Trevor Scott Sparks), 1018 (Markus Michael A Patterson), 764 (Gloria May Jones), 916 (Vicente Araujo), 917 (Leslie Ladon Walker), 914 (David Robert Richards II), 871 (Christian Douglas Hansen), 760 (Stephanie Thurmond), 949 (amended POF as to Stephanie Thurmond), 860 (Leeanna Michelle Schroeder), 913 (Adam Joseph Mainieri), 1004 (Paul J Kibodeaux), 1007 (Kourtney Jayne Meyers), 573 (Cory Taz-Dalton Hack), 870 (Rory Dale Bechtel), 918 (Bobbie Lynn King), 1015 (Logan Tanner Laws), 919 (Kenneth James McClure), 1019 (Marion Douglas McCrorey), 981 (Patricia Gail Nelson), 534 (Christopher Dean Parton), 837 (Christopher Brian Rogan), 849 (Amanda Leigh Watson), 915 (Michael Glen Zieger).

The Court notes charges against Defendant Phillip Tra Joseph Hoyt were dismissed on September 6, 2022, due to his death. ECF No. 668. No preliminary order of forfeiture was issued for Defendant Hoyt.

g.  Marlin, .22 caliber long rifle, serial number 22347947;

h.  Cobra SF380, .380 caliber semi-automatic pistol, serial number FS0999788;

i.  Tan in color ("peanut butter") Glock 19, 9 mm semi-automatic pistol, serial number ABZX738;

j.  CAI, Model PepM9P2V, 7.62 x 39 mm pistol, bearing serial number M92PV065595;

k.  Glock 19, 9 mm semi-automatic firearm, bearing serial number BAZK342;

l.  Zastava Pap 7.62 caliber rifle, serial number M92PV029294;

m.  Century Arms International, Model M85NP 7.62 x 39 semiautomatic handgun, serial number M85-NP00959;

n.  American Tactical, MSA 011215, 55.5 x 45 rifle;

o.  Smith and Wesson MP9, serial number NBK5663;

p.  N- Papa, 7.62 x 39 mm rifle, serial number N-PAP021048;

q.  Romarm SAR2 5.45mm x 39mm rifle, serial number S2-06645-2002;

r.  Ruger 10-22, .22LR rifle, serial number 128-20343;

s.  Unknown manufacturer, .22 caliber AK - 47, serial number 794002;

t.  Anderson Manufacturing, AM-15, Multi Cal 5.56 pistol, serial number 17052123;

u.  Taurus PT 92 AFS 9 mm semiautomatic handgun, serial number TCX53200;

v.  Taurus, .357 magnum revolver, model 605, serial number G528419;

w.  Glock 30S, .45 caliber semiautomatic handgun, serial number BEVH508;

x.  Smith and Wesson SD 40, .40 caliber semiautomatic handgun, serial number FBJ2425;

y.  SCCY 9 mm semiautomatic handgun, serial number 19603;

z.  Remington 870 shotgun, serial number B668792M;

aa. two Jiminez Arms 9 mm semiautomatic handguns, serial numbers 384170 and 410835;

bb. TC Montgomery double barrel shotgun, serial number 71276;

cc. Connecticut Valley Arms .50 caliber rifle, serial number 87130368;

dd. two S&W SW 40 VE .40 caliber semiautomatic handguns, serial numbers DMV7530 and HEY3705;

ee. Taurus G2C 9 mm semiautomatic handgun, serial number TLS49750;

ff. two Ruger EC9S 9 mm semiautomatic handguns, serial numbers 455-03954 and 454-99301;

gg. Taurus PT111G2 9 mm semiautomatic handgun, serial number TKN19799;

hh. Raven Arms MP-25 .25 caliber semiautomatic handgun;[2]

ii. S&W M&P-15 rifle, serial number 42469; and

jj. various ammunition.[3]

The Preliminary Orders of Forfeiture were based upon the guilty verdict as to Defendant Trevor Sparks and the Plea Agreements between the remaining Defendants and the United States.

Pursuant to the Court's Preliminary Orders of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) days, beginning on September 5, 2023, and ending on October 4, 2023. A copy of the Declaration of

---

[2] The Third Superseding Indictment, ECF No. 261, did not attribute a serial number to this Raven Arms handgun, but the Government's declaration of publication lists the serial number as 691831, ECF No. 1143-1.

Also with respect to this handgun, the Government's motion for a final order of forfeiture lists the following under subsection hh. "Raven Arms MP-25 .25 caliber semiautomatic handgun, SCCY CPX-2 9 mm semiautomatic handgun." Mot. at 3, ECF No. 1146. This appears to be two separate handguns, and the Government did not publish notice for the SCCY handgun. Accordingly, the motion for a final order of forfeiture as to the SCCY CPX-2 9 mm semiautomatic handgun is DENIED.

[3] The Government is no longer seeking forfeiture of the Taurus PT111G2, 9 mm semiautomatic handgun, serial number TJX32101 (one of the handguns listed in the Preliminary Orders of Forfeiture), as the innocent owner has been identified. *See* Mot. at 3 n.1, ECF No. 1146.

Publication is on file with the Court. ECF No. 1143.

The United States also sent written notice of the Preliminary Order of Forfeiture to all known potential claimants by certified mail, return receipt requested.

There were no claimants who properly perfected a claim to the subject property within thirty (30) days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title, or interest in or to the above-described property are held to be in default.

Based upon the guilty verdict and plea agreements, the Court finds that Defendants had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1).

Accordingly, it is hereby ORDERED:

1. The Government's Motion for a Final Order of Forfeiture is hereby GRANTED, and the above-described property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1), and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

**IT IS SO ORDERED.**

Date:  February 16, 2024                     /s/ Greg Kays
                                             GREG KAYS, JUDGE
                                             UNITED STATES DISTRICT COURT